# CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

August 16, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2022

Via ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

          Re:    Malsonado v. Kijakazi
                  1:21 civ 7594 (RWL)

Dear Judge Lehrburger:

      I am writing in response to the Court's August 15, 2022 Order to Show Cause and to request an extension of time, nunc pro tunc, in which to file Plaintiff's Motion for Judgment on the Pleadings in this case. Plaintiff's papers should have been filed on August 2, 2022. This is plaintiff's first request for an extension of time.

      I am very sorry to have missed this deadline. It appears that I did not properly calendar this case in my computer and consequently it did not remind me when it should have. I apologize to the Court and opposing counsel for this delay. With the consent of opposing counsel, Assistant United States Attorney Leslie Ramirez Fisher, I respectfully request that the Court approve the following scheduling order

      August 25, 2022    Plaintiff's Cross-Motion for Judgment on the Pleadings
      September 15, 2022   Defendant's Reply

      Thank you for Your Honor's attention to this matter.

                                 Respectfully submitted,

                                 */s/ Christopher J. Bowes*
                                 Christopher J. Bowes
                                 Attorney for Plaintiff

cc:   AUSA Leslie Ramirez Fisher
      86 Chambers Street
      New York, NY 10007
      Attorney for Defendant

SO ORDERED:

_/s/_____ 8/16/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE