UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INOCENSIO MALDONADO,

                   Plaintiff,                        21 **CIVIL** 7594 (RWL)

      -v-                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated January 18, 2023, and pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's motion is DENIED, Maldonado's motion is GRANTED, and the case is remanded so that the ALJ may consider the new MRI evidence; accordingly, the case is closed.

**Dated:**  New York, New York
            January 19, 2023

                                                           **RUBY J. KRAJICK**

                                                             _____
                                                                **Clerk of Court**

                                        **BY:**     *K. Mango*

                                                                _____
                                                                **Deputy Clerk**